AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| KELLY MENDOZA<br><br>*Plaintiff(s)*<br>v.<br>LAFARGE NORTH AMERICA, INC., AND<br>NATIONAL UNION FIRE INSURANCE COMPANY<br>OF PITTSBURG, PA<br><br>*Defendant(s)* | Civil Action No. 15-1257 "J"(4) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lafarge North America, Inc.
Through its Registered Agent for Service of Process
The Prentice-Hall Corporation System, Inc.
320 Somerulos Street
Baton Rouge, Louisiana 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Frank Lamothe III/Richard Martin, Jr.
Lamothe Law Firm, LLC
400 Poydras Street, Suite 1760
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date:  Apr 22 2015

Deputy clerk's signature

04/27/2015 19:04 FAX 5043055000         2 C' Investigative Serv                    ☒002

Case 2:15-cv-01257-CJB-KWR   Document 4   Filed 04/29/15   Page 2 of 2
Case 2:15-cv-01257-CJB-KWR   Document 3   Filed 04/22/15   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-1257

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __LaFarge North America, Inc.__
was received by me on *(date)* __04/24/15__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Jamy__, who is designated by law to accept service of process on behalf of *(name of organization)* __Prentis Hall__
on *(date)* __04/27/15__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __04/27/15__

_____
Server's signature

N. Cueni - Process Server
Printed name and title

14 Sherling Av. Jeff., LA 70121
Server's address

Additional information regarding attempted service, etc: