UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELLY MENDOZA | CIVIL ACTION |
| VERSUS | NO: 15-1257 |
| LAFARGE NORTH AMERICA, INC. ET AL. | SECTION: "J" (4) |

ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties have firmly agreed upon a compromise,

**IT IS ORDERED** that the claims of the parties are hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty days, for the parties to seek summary judgment enforcing the compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 26th day of January, 2016.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE